# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

April 9, 2024

BY ECF

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to **July 25, 2024, at 10:00 a.m.** No further adjournments are likely to be granted. The Clerk of Court is directed to terminate Doc. #209. SO ORDERED.*

*April 9, 2024*

Re: United States v. Rasheed Chapman, 22 Cr. 3243 (JMF)

Dear Judge Furman:

    I represent Mr. Chapman in the above – referenced mater which is currently scheduled for a sentencing hearing on May 2, 2024. Due to lock-downs at MDC, counsel and Probation Officer Geiser were only recently able to conduct the pre-sentence interview. The parties respectfully request that the sentence be adjourned until the third or fourth week of July 2024 with the exception of July 23rd to permit the parties to make the necessary submissions. This first request for an adjournment is with the consent of the government.

Very truly yours,
s/
James Roth

cc. AUSA Thomas J. Wright
    USPO Ashley Geiser